IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ANDREW CLINTON CRUSE, JR.**                                                           **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO.  1:15cv172-RHW**

**MELVIN T. BRISOLARA,** *et al***.**                                                        **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion entered by the Court this date, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that this case is dismissed for failure to state a claim upon which relief can be granted due to Plaintiff's failure to exhaust administrative remedies, and is to count as a strike.

In the alternative only, the case is dismissed for Plaintiff's failure to set forth specific facts showing there is a genuine issue for trial.

**SO ORDERED**, this the 16th day of September, 2016.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE